# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>    Defendant. | Case No. 2:23-cv-00444-WBS-CKD<br><br>*Assigned to Senior Judge William B. Shubb; Referred to Magistrate Judge Carolyn K. Delaney*<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISPOSITION DOCUMENTS BY THIRTY (30) DAYS**<br><br>[*Stipulation to Extend Time to File Disposition Documents by Thirty (30) Days filed concurrently herewith*]<br><br>Current Deadline:   07/24/2023<br>New Deadline:       08/23/2023 |

# **ORDER**

The Court has reviewed the Stipulation filed by Plaintiff Charles Anderson and Defendant Capital One, N.A. ("Capital One") to extend the Parties' deadline to file disposition documents pursuant to Local Rule 160(b) and the Minute Order entered on June 29, 2023. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby rules as follows:

The Parties' deadline to file dispositional documents is extended. Parties shall file dispositional documents on or before **August 23, 2023**.

**IT IS SO ORDERED.**

Dated:  July 25, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE