Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Charles Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES ANDERSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE, N.A.<br>        Defendant. | Case No.: 2:23-cv-00444-WBS-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Capital One, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  August 3, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE